IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-01065-REB-CBS

KEVIN D. RILEY,

      Plaintiff,

v.

ACUMED LLC,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulated Notice Of Dismissal With Prejudice** [#16], filed December 14, 2007. After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Notice Of Dismissal With Prejudice** [#16], filed December 14, 2007, is **APPROVED**;

2. That the Trial Preparation Conference set for July 18, 2008, is **VACATED**;

3. That the jury trial set to commence August 4, 2008, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 14, 2007, at Denver, Colorado.

                                                      **BY THE COURT:**

                                                      **s/ Robert E. Blackburn**
                                                      **Robert E. Blackburn**
                                                      **United States District Judge**